**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-066 |
| | § | |
| 0.501 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND JOHNNY R. | § | |
| HART AND JENNIFER L. HART, *ET AL* | § | |
| | § | |
| *Defendants.* | § | |

---

## COMPLAINT IN CONDEMNATION
---

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S.

Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the

taking of property under the power of eminent domain through a Declaration of Taking, and for

the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Alexander N. DerGarabedian*
**ALEXANDER N. DERGARABEDIAN**
Assistant United States Attorney
Southern District of Texas No. 3381593
New York Bar No. 5103577
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  956-992-9380
Facsimile: (956) 618-8016
E-mail: alexander.dergarabedian@usdoj.gov
Attorney in Charge for Plaintiff

# SCHEDULE

# A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2206
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.102

**BEING** a 0.102 acre tract (4,455 square feet) parcel of land, more or less, being a part of Lot 11 of the unrecorded Riverside Subdivision A, recorded in Document No. 656429, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart, said 0.102 acre tract (4,455 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a found 3-1/2" Brass Cap Monument having a coordinate value of N=16584138.731, E=1039118.825, said point being the northwest corner of Lot 10 of the unrecorded Riverside Subdivision A, recorded in Document No. 2985143, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Series 2-River Property, a series of Beneficium Series, LLC, said point being the southwest corner of  Lot 11 of the unrecorded Riverside Subdivision A and the southwest corner of said Johnny and Jennifer Hart tract;

**THENCE:** N 71°29'25" E, along the north line of said Series 2-River Property, a series of Beneficium Series, LLC tract and the south line of said Johnny and Jennifer Hart tract, a distance of 487.24 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2203-1=RGV-MCS-2206-1" for the **POINT OF BEGINNING,** said point having a coordinate value of N=16584293.413, E=1039580.858 and being the southwest corner of the herein described proposed acquisition tract, said point also being N 25°04'26" W, a distance of 7247.46 feet from the United States Corps of Engineers Control Point "H122";

**THENCE:** N 15°09'33" W, departing the north line of said Series 2-River Property, a series of Beneficium Series, LLC tract and the south line of said Johnny and Jennifer Hart tract, a distance of 125.07 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2206-2=RGV-MCS-2207-1" for the northwest corner of the herein described proposed acquisition tract, said point being on the north line of said Lot 11 and the north line of said Johnny and Jennifer Hart tract, said point also being on the south line of Lot 12 of the unrecorded Riverside Subdivision A, recorded in Document No. 1459757, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart;

**THENCE:** N 71°47'01" E, along the said north line of said Lot 11 and the south line of said Lot 12 of the unrecorded Riverside Subdivision A, a distance of 11.16 feet to a found ½" rebar designated "RGV-MCS-2202-11= RGV-MCS-2206-2A= RGV-MCS-2207-4" for the southeast corner of said Lot 12 of the unrecorded Riverside Subdivision A, Johnny and Jennifer Hart tract, said point being on the west line of levee easement (739-H), recorded in Volume 609, Page 492, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** N 71°47'01" E, departing the west line of said levee easement (739-H) and along the common line between said Lot 11 and Lot 12 of the unrecorded Riverside Subdivision A, a distance of 22.40 feet to a point designated "RGV-MCS-2202-10=RGV-MCS-2206-3" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said levee easement (739-H) and the west line of a tract of land, recorded in Volume 752, Page 342, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the Hidalgo County Water Control and Improvement District No. 19, said point also being the northeast corner of said Lot 11 and the southeast corner of said Lot 12 of the unrecorded Riverside Subdivision A;

**THENCE:** S 17°07'21" E, departing the north line of said Lot 11 and the south line of said Lot 12, along the east line of said levee easement (739-H), the east line of said Lot 11, and the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 124.72 feet to a point designated "RGV-MCS-2202-9=RGV-MCS-2203-2=RGV-MCS-2206-4" for the southeast corner of the herein described proposed acquisition tract, said point being the

northeast corner of a levee easement (738-H), recorded in Volume 609, Page 479, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America and the southeast corner of said levee easement (739-H), said point being the southeast corner of said Lot 11, Johnny and Jennifer Hart tract and the northeast corner of Lot 10 of the unrecorded Riverside Subdivision A, said point also being the northeast corner of a tract of land, recorded in Document No. 2985143, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Series 2-River Property, a series of Beneficium Series, LLC.;

**THENCE:** S 71°29'25" W, departing the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, the east line of said levee easement (739-H), and along the south line of said Johnny and Jennifer Hart tract, the north line of said Series 2-River Property, a series of Beneficium Series, LLC. tract, the north line of said levee easement (738-H), and the south line of said levee easement (739-H), passing at 24.00 feet a found 6" pipe filled with concrete, said point being on the southwest corner of said levee easement (739-H) and the northwest corner of said levee easement (738-H), in total a distance of 37.85 feet to the **POINT OF BEGINNING** and containing 0.102 acre tract (4,455 square feet) of land, more or less.

**SCHEDULE C (CONT'D)**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2207
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.028

**BEING** a 0.028 acre tract (1,198 square feet) parcel of land, more or less, being a part of a called 1.08 acre tract, being a part of Lot 12 and Lot 13 of the unrecorded Riverside Subdivision A, recorded in Document No. 1459757, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart, said 0.028 acre tract (1,198 square feet) parcel of land being more particularly described as follows:

**COMMENCING:** at a found 3-1/2" Brass Cap Monument having a coordinate value of N=16584138.731, E=1039118.825, said point being the northwest corner of Lot 10 of the unrecorded Riverside Subdivision A, recorded in Document No. 2985143, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Series 2-River Property, a series of Beneficium Series, LLC, said point being the southwest corner of  Lot 11 of the unrecorded Riverside Subdivision A, recorded in Document No. 656429, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart;

**THENCE:** N 71°29'25" E, along the north line of said Series 2-River Property, a series of Beneficium Series, LLC tract and the south line of said Johnny and Jennifer Hart tract, recorded in Document No. 656429, a distance of 487.24 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2203-1=RGV-MCS-2206-1", said point being on the common line of said Lot 10 and Lot 11 of the unrecorded Riverside Subdivision A;

**THENCE:** N 15°09'33" W, departing the north line of said Series 2-River Property, a series of Beneficium Series, LLC tract and the south line of said Johnny and Jennifer Hart tract, recorded in Document No. 656429, a distance of 125.07 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2206-2=RGV-MCS-2207-1" for the **POINT OF BEGINNING,** said point having a coordinate value of N=16584414.134, E=1039548.151 and being the southwest corner of the herein described proposed acquisition tract, said point also being N 25°54'24" W, a distance of 7370.70 feet from the United States Corps of Engineers Control Point "H122", said point being on the north line of said Johnny and Jennifer Hart tract, recorded in Document No. 656429, said point also being on the south line of a called 1.08 acre tract, being a part of Lot 12 and Lot 13 of the unrecorded Riverside Subdivision A, recorded in Document No. 1459757, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart;

**THENCE:** N 18°09'56" W, departing the north line of said Johnny and Jennifer Hart tract, recorded in Document No. 656429, passing at 68.71 feet the north line of said Lot 12, in total a distance of 94.94 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2202-14=RGV-MCS-2207-2" for the northwest corner of the herein described proposed acquisition tract, said point being on the north line of said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757 and the southerly line of a tract of land, recorded in Volume 752, Page 342, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the Hidalgo County Water Control and Improvement District No. 19;

**THENCE:** N 71°48'15" E, along the north line of said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757 and a southerly line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 14.05 feet to a found 1/2" rebar designated "RGV-MCS-2202-13=RGV-MCS-2207-3" for the northeast corner of the herein described proposed acquisition tract, said point being the northeast corner said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757, said point also being on the west line of said Hidalgo County Water Control and Improvement District No. 19 tract and the west line of a levee easement (740-H), recorded in Document No. 1947-3250, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** S 16°29'30" E, departing the southerly line of said Hidalgo County Water Control and Improvement District No. 19 tract, the north line said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757, and along the west line of said levee easement (740-H), and the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, a distance of 26.24 feet to a found 5/8" rebar designated "RGV-MCS-2202-12=RGV-MCS-2207-4" for an angle point, said point being the southwest corner of said levee easement (740-H) and the northwest corner of a levee easement (739-H), recorded in Volume 609, Page 492, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America, said point also being on the common line between Lot 12 and Lot 13 of the unrecorded Riverside Subdivision A;

**THENCE:** S 16°23'34" E, departing the north line of Lot 12 of the unrecorded Riverside Subdivision A, and along the west line of said levee easement (739-H) and the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, and the east line of said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757, a distance of 68.74 feet to a found 1/2" rebar designated "RGV-MCS-2202-11=RGV-MCS-2206-2A=RGV-MCS-2207-5" for the southeast corner of the herein described proposed acquisition tract, said point being the southeast corner of said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757, said point also being on the north line of said Johnny and Jennifer Hart tract, recorded in Document No. 656429 and the west line of said levee easement (739-H);

**THENCE:** S 71°47'01" W, departing the east line of said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757, the west line of said levee easement (739-H), and the west line of said Hidalgo County Water Control and Improvement District No. 19 tract, and along the south line of said 1.08 acre tract conveyed to Johnny and Jennifer Hart, recorded in Document No. 1459757 and the north line of said Johnny and Jennifer Hart tract, recorded in Document No. 656429, a distance of 11.16 feet to the **POINT OF BEGINNING** and containing 0.028 acre tract (1,198 square feet) of land, more or less.

**SCHEDULE C (CONT'D)**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2207-1
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.371

**BEING** a 0.371 acre tract (16,180 square feet) parcel of land, more or less, being
out of Lots 2, 3 and a part of Lot 4 of the unrecorded Riverside Subdivision A,
recorded in Document No. 820043, Official Records of Hidalgo County
(O.R.H.C.), Texas, conveyed to Johnny and Jennifer Hart, said 0.371 acre (16,180
square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a found 1" iron pipe, designated "RGV-MCS-2207-1-1=RGV-
MCS-2209-1-1" having a coordinate value of N = 16583509.568, E = 1039775.129
for the northwest corner of the herein described proposed acquisition tract, said
point being the on the north line of said Johnny and Jennifer Hart tract and the
south line of called 2.70 acre tract, recorded in Document No. 2014-2569340,
Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Klub
Nautique, LLC., said point also being N 26°27'37" W, a distance of 6457.05 feet
from United States Corps of Engineers Control Point No. H122;

**THENCE:** N 73°16'29" E, passing at 30.49 feet, the west line of a levee easement
(736-H), recorded in document No. 1942-19357, Official Records of Hidalgo
County (O.R.H.C.), Texas, conveyed to the United States of America, in total a
distance of 57.97 feet to the northeast corner of the herein described proposed
acquisition tract, designated "RGV-MCS-2202-5=RGV-MCS-2207-1-2= RGV-
MCS-2209-1-5", said point being the northeast corner of said Johnny and Jennifer
Hart tract and the southeast corner of said Klub Nautique, LLC tract, said point
also being on the east line of said levee easement (736-H), said point also being on
the west line of a tract of land, recorded in Volume 752, Page 342, Deed Records

of Hidalgo County, Texas, conveyed to Hidalgo County Water Control and
Improvement District No. 19;

**THENCE:** S 14°34'46" E, along the east line of said Johnny and Jennifer Hart
tract and the east line of said levee easement (736-H) and the west line of said
Hidalgo County Water Control and Improvement District No. 19, passing at 66.65
feet, the southeast corner of said Lot 4 and the northeast corner of said lot 3, in
total a distance of 82.05 feet to an angle point, designated "RGV-MCS-2202-
4=RGV-MCS-2207-1-3";

**THENCE:** S 13°32'31" E, along the east line of said Johnny and Jennifer Hart
tract and the east line of said levee easement (736-H) and the west line of said
Hidalgo County Water Control and Improvement District No. 19, passing at
110.18 feet, the southeast corner of said Lot 3 and the northeast corner of said Lot
2, in total a distance of 234.78 feet to the southeast corner of the herein described
proposed acquisition tract, designated "RGV-MCS-2202-3= RGV-MCS-2207-1-
4= RGV-MCS-2224-1-4", said point being the southeast corner of said Johnny and
Jennifer Hart tract and the northeast corner of a surveyed 0.150 acre tract, recorded
in Document No. 1921-1320498, Official Records of Hidalgo County (O.R.H.C.),
Texas, conveyed to John H. Shary, said point also being the southeast corner of
said levee easement (736-H) and the northeast corner of a levee easement (735-H),
recorded in Document No. 1945-6186, Official Records of Hidalgo County
(O.R.H.C.), Texas, conveyed to the United States of America;

**THENCE:** S 71°11'27" W, along the south line of said Johnny and Jennifer Hart
tract and the north line of said John H. Shary tract and the south line of said levee
easement (736-H) and the north line of said levee easement (735-H), a distance of
23.85 feet to a 5/8" rebar , designated "RGV-MCS-2207-1-5= RGV-MCS-2211-3=
RGV-MCS-2224-1-3", said point being the northwest corner of said John H. Shary
tract and the northeast corner of a part of Lot 1 of said unrecorded Riverside
Subdivision A, recorded in Document No. 2013-2431931, Official Records of
Hidalgo County (O.R.H.C.), Texas, conveyed to Editora Hora Cero S.A. De C.V.,
said point also being the southwest corner of said levee easement (736-H) and the
northwest corner of said levee easement (735-H);

**THENCE:** S 75°07'07" W, along the south line of said Johnny and Jennifer Hart tract and the north line of said Editora Hora Cero S.A. De C.V. tract, a distance of 19.25 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MCS-2207-1-6=RGV-MCS-2211-2" for the southwest corner of the herein described proposed acquisition tract;

**THENCE:** N 16°30'18" W, departing the south line of said Johnny and Jennifer Hart tract, passing at 125.43 feet the north line of said Lot 2 and the south line of said Lot 3, and at 250.06 feet the north line of said Lot 3 and the south line of said Lot 4, in total a distance of 316.66 feet to the **POINT OF BEGINNING** and containing 0.371 acres (16,180 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT



LAND TO BE CONDEMNED

Tract:  RGV-MCS-2206
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.102

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-MCS-2203-1=RGV-MCS-2206-1 | 16584293.413 | 1039580.858 |
| RGV-MCS-2206-2=RGV-MCS-2207-1 | 16584414.134 | 1039548.151 |
| RGV-MCS-2202-11=RGV-MCS-2206-2A= RGV-MCS-2207-4 | 16584417.621 | 1039558.748 |
| RGV-MCS-2202-10=RGV-MCS-2206-3 | 16584424.624 | 1039580.025 |
| RGV-MCS-2202-9=RGV-MCS-2203-2= RGV-MCS-2206-4 | 16584305.427 | 1039616.746 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 9, 2018 (TICKET NO. 1877865798). NO UNDERGROUND UTILITY MARKINGS WERE LOCATED IN THIS AREA.
9. UTILITY EASEMENTS IN THIS AREA ARE BEING RESEARCHED.



METES & BOUNDS SURVEY
JOHNNY AND JENNIFER HART
TRACT No. RGV-MCS-2206
HIDALGO COUNTY                    TEXAS

| | Mark | Description | Date | Appd |
|---|---|---|---|---|
| Drawn | RLS | 04/19 |
| Checked | DWB | 04/19 |
| Surveyor | JJB | 05/18 |
| Fld Bk. # | 18RGVH-T2-62 |

CONTRACT NO.: W91275-14-D-0013
T.O.: W91275180F0111

ENGINEERING, INC.
628 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-4859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
BNF ENGINEERING, INC.
NO. 10163402

US Army Corps of Engineers

Drawing Ref. No.
SHEET 5 OF 6

B&F PROJ.  7-2688-0916     FILE NAME:  RGV-MCS-2206     DATE:  12/11/19

Tract:  RGV-MCS-2206
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.102



Tract: RGV-MCS-2206
Owner: Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres: 0.102

## SCHEDULE D (CONT'D)

## MAP or PLAT



**LAND TO BE CONDEMNED**

Tract: RGV-MCS-2207
Owner: Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres: 0.028

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-MCS-2206-2=RGV-MCS-2207-1 | 16584414.134 | 1039548.151 |
| RGV-MCS-2202-14=RGV-MCS-2207-2 | 16584504.339 | 1039518.553 |
| RGV-MCS-2202-13=RGV-MCS-2207-3 | 16584508.726 | 1039531.900 |
| RGV-MCS-2202-12=RGV-MCS-2207-4 | 16584483.568 | 1039539.348 |
| RGV-MCS-2202-11=RGV-MCS-2206-2A= RGV-MCS-2207-5 | 16584417.621 | 1039558.748 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON
   THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX
   SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE
   DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE
   CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED
   SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN
   CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL
   CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED
   INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF
   ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S
   REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON
   OCTOBER 9, 2018 (TICKET NO. 1877865798). NO UNDERGROUND UTILITY MARKINGS
   WERE LOCATED IN THIS AREA.
9. UTILITY EASEMENTS IN THIS AREA ARE BEING RESEARCHED.

| | METES & BOUNDS SURVEY | | | |
|---|---|---|---|---|
| Drawing SHEET 6 OF 7 Ref. No. | JOHNNY AND JENNIFER HART TRACT No. RGV-MCS-2207 HIDALGO COUNTY                    TEXAS | Mark Description      Date  Appd | Drawn RLS 04/19 Checked DWB 04/19 Surveyor JJB 09/18 Fld Bk. # 18RGVM-T2-B2 | B&F ENGINEERING, INC. | US Army Corps of Engineers |

B&F PROJ.: 7-2689-0916    FILE NAME: RGV-MCS-2207    DATE:   12/11/19

Tract:  RGV-MCS-2207
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.028



Tract:  RGV-MCS-2207
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.028

**SCHEDULE D (CONT'D)**

**MAP or PLAT**



LAND TO BE CONDEMNED

Tract:  RGV-MCS-2207-1
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.371

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-MCS-2207-1-1=RGV-MCS-2209-1-1 | 16583509.568 | 1039775.129 |
| RGV-MCS-2202-5=RGV-MCS-2207-1-2=<br>RGV-MCS-2209-1-5 | 16583526.250 | 1039830.642 |
| RGV-MCS-2202-4=RGV-MCS-2207-1-3 | 16583446.842 | 1039851.296 |
| RGV-MCS-2202-3=RGV-MCS-2207-1-4=<br>RGV-MCS-2224-1-4 | 16583218.592 | 1039906.271 |
| RGV-MCS-2207-1-5=RGV-MCS-2211-3=<br>RGV-MCS-2224-1-3 | 16583210.903 | 1039883.698 |
| RGV-MCS-2207-1-6=RGV-MCS-2211-2 | 16583205.959 | 1039865.091 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON
   THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX
   SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE
   DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE
   CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED
   SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN
   CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL
   CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE SURVEYED
   FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF
   ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S
   REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON
   OCTOBER 9, 2018 (TICKET NO. 1877865798). NO UNDERGROUND UTILITY MARKINGS
   WERE LOCATED IN THIS AREA.
9. UTILITY EASEMENTS IN THIS AREA ARE BEING RESEARCHED.

| Drawing Ref. No. SHEET 5 OF 6 | METES & BOUNDS SURVEY<br>JOHNNY AND JENNIFER HART<br>TRACT No. RGV-MCS-2207-1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | HIDALGO COUNTY | | | | | TEXAS | | |

| Mark | Description | Date | Appd |
|---|---|---|---|

|  | BY | DATE |
|---|---|---|
| Drawn | RLS | 04/19 |
| Checked | DWB | 04/19 |
| Surveyor | JJB | 09/18 |
| Fld.Bk. # | 18RGVM-T2-B2 | |

CONTRACT NO.: W912275-14-D-0013
T.o.: W912751BF0111





B&F ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-0659
(EMAIL.) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163443

US Army Corps of Engineers

B&F PROJ.: 7-2689-0916     FILE NAME: RGV-MCS-2207-1   DATE:     12/11/19

Tract: RGV-MCS-2207-1
Owner: Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres: 0.371



Tract: RGV-MCS-2207-1
Owner: Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres: 0.371

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-MCS-2206, RGV-MCS-2207, RGV-MCS-2207-1
Owner:  Johnny R. Hart and Jennifer L. Hart, *et al.*
Acres:  0.501

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in the following Warranty Deed(s) Document No. 1998-656429, Official Records of Hidalgo County (O.R.H.C.), Document No. 2005-1459757, Official Records of Hidalgo County (O.R.H.C.), and Document No. 1999-820043, Official Records of Hidalgo County (O.R.H.C.); (Hidalgo County Appraisal District Property ID Nos. 1013698, 271342, and 271338), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (CONT'D)



# SCHEDULE F

# **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the all lands being taken in this action is

FOUR HUNDRED THIRTY-SIX THOUSAND, ONE DOLLAR AND NO/100

($436,001.00), to be deposited herewith in the Registry of the Court for the use and benefit

of the persons entitled thereto.  This sum estimated just compensation is comprised of the

following portions:

**TRACT RGV-MCS-2206 and TRACT RGV-MCS-2207:**

The sum estimated as just compensation for the land acquired is
THREE HUNDRED NINETY-TWO THOUSAND, ONE HUNDRED
FIFTY-NINE DOLLARS AND 00/100 ($392,159.00).

**TRACT RGV-MCS-2207-1:**

The sum estimated as just compensation for the land acquired is
FORTY-THREE THOUSAND, EIGHT HUNDRED, FORTY-TWO
DOLLARS AND 00/100 ($43,842.00).

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Johnny R. Hart**<br>▬<br>Mission, Texas  78537<br><br>_____<br>**Jennifer L. Hart**<br>▬<br>Mission, Texas  78537 | **Tract RGV-MCS-2206**<br>Warranty Deed with Vendor's Lien, Document #1998-656429;<br>filed February 20, 1998, Official Records of Hidalgo County<br><br>**Tract RGV-MCS-2207**<br>Special Warranty Deed, Document #2005-1459757; filed April 15, 2005, Official Records of Hidalgo County<br><br>**Tract RGV-MCS-2207-1**<br>Warranty Deed with Vendor's Lien, Document #1999-820043; filed November 3, 1999, Official Records of Hidalgo County |
| **U.S. Small Business Administration**<br>10737 Gateway West #320<br>El Paso, Texas  79933 | **Tract RGV-MCS-2206**<br>Deed of Trust, Document #2010-2139210; filed September 20, 2010, Official Records of Hidalgo County |
| **Ray A. Gonzales, Trustee for Falcon International Bank**<br>5219 McPherson Road<br>Laredo, Texas  78041 | **Tract RGV-MCS-2207-1**<br>Deed of Trust Security Agreement-Financing Statement Assignment of Rents, Document #2008-1949941, Official Records of Hidalgo County |
| **Hidalgo County**<br>Pablo (Paul) Villarreal Jr.<br>Tax Assessor-Collector<br>2804 S. Business Hwy 281<br>Edinburg, TX  78539<br>(956) 318-2157 | Taxing Authority<br>**Tract RGV-MCS-2206**<br>Warranty Deed with Vendor's Lien, Document #1998-656429;<br>filed February 20, 1998, Official Records of Hidalgo County<br><br>**Tract RGV-MCS-2207** |

| | Special Warranty Deed, Document #2005-1459757; filed April 15, 2005, Official Records of Hidalgo County

**Tract RGV-MCS-2207-1**
Warranty Deed with Vendor's Lien, Document #1999-820043; filed November 3, 1999, Official Records of Hidalgo County |
| --- | --- |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**   County of Residence of First Listed Plaintiff

*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1    U.S. Government
Plaintiff

☐ 3    Federal Question
*(U.S. Government Not a Party)*

☐ 2    U.S. Government
Defendant

☐ 4    Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1    Original
Proceeding

☐ 2    Removed from
State Court

☐ 3    Remanded from
Appellate Court

☐ 4    Reinstated or
Reopened

☐ 5    Transferred from
Another District
*(specify)*

☐ 6    Multidistrict
Litigation -
Transfer

☐ 8    Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:     ☐ Yes    ☐No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #                  AMOUNT                          APPLYING IFP                          JUDGE                          MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

 **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

 **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.