United States District Court
Southern District of Texas
**ENTERED**
May 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:20-cv-00066 |
| § | |
| 0.501 ACRES OF LAND, MORE OR § | |
| LESS, SITUATE IN HIDALGO COUNTY, § | |
| TEXAS; JOHNNY R. HART; JENNIFER § | |
| L. HART; U.S. SMALL BUSINESS § | |
| ADMINISTRATION; RAY A. § | |
| GONZALES, as trustee for Falcon § | |
| International Bank; and PABLO (PAUL) § | |
| VILLARREAL JR., as taxing authority for § | |
| Hidalgo County, § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the "Joint Discovery/Case Management Plan Under F.R.C.P. 26(f)."[1] In lieu of holding an initial pretrial and scheduling conference[2] in light of the COVID-19 pandemic,[3] the Court enters the following Scheduling Order consistent with the parties' plan. The initial pretrial and scheduling conference set for May 12, 2020, is **CANCELLED**. The following actions shall be completed by the dates indicated:

---

[1] Dkt. No. 13.
[2] *See* Dkt. No. 4.
[3] *See* Proclamation No. 9994, 85 Fed. Reg. 15,337 (Mar. 13, 2020) (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak); Tex. Exec. Order No. GA-18 (eff. Apr. 27, 2020) (Relating to the expanded reopening of services as part of the safe, strategic plan to Open Texas in response to the COVID-19 disaster); Hidalgo Cty., Tex., *Amended Emergency Order Related to the Expanded Reopening of Select Services During the Public Health Emergency (20-005)* (eff. Apr. 30, 2020), https://www.hidalgocounty.us/DocumentCenter/View/37546/04302020-Amended-Emergency-Order-20-005-Executed; *In re Temporary Public Access Restrictions to the United States Courthouse McAllen Division Under the Exigent Circumstances Created by the COVID-19 Pandemic*, Gen. Order No. M-2020-3 (S.D. Tex. Apr. 3, 2020).

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline to file all documentation adding, substituting, disclaiming, or dismissing interested parties.<br><br>Note: If necessary, the United States shall also file amended condemnation documents or an amended Schedule GG. | July 7, 2020 |
| Deadline for Defendants to designate expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). | September 4, 2020 |
| Deadline for Plaintiff to designate expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). | October 5, 2020 |
| Discovery deadline. | November 4, 2020 |
| Deadline to file briefs on the issue of just compensation and notify the Court as to whether the parties (1) consent to the Court deciding the issue of just compensation on the briefings, or (2) request an evidentiary hearing on the issue of just compensation. | December 4, 2020 |
| Deadline to file a joint status report detailing the case's status and intended future action. Alternatively, deadline to file any documentation establishing or stipulating to just compensation or dismissal documentation. | January 7, 2021 |
| Status conference. | January 19, 2021 at 9:00 a.m. |

This Scheduling Order supersedes any earlier Scheduling Order, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause. All other deadlines not specifically set out in this Scheduling Order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of May 2020.

                                                Micaela Alvarez
                                       United States District Judge