United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:20-cv-00066 |
| § | |
| 0.501 ACRES OF LAND, MORE OR § | |
| LESS, SITUATED IN HIDALGO § | |
| COUNTY, TEXAS; JOHNNY R. HART; § | |
| and JENNIFER L. HART, et al. § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the "Notice of Disclaimer Executed by Hidalgo County, Pablo (Paul) Villarreal Jr. Tax Assessor-Collector."[1] In the notice and disclaimer, Plaintiff United States informs the Court that "Hidalgo County, Pablo (Paul) Villarreal Jr. Tax Assessor-Collector" disclaims any right, title, claim, or interest in the land that is the subject of this land condemnation case, disclaims any right to just compensation to be paid for the condemned land, and requests to be dismissed from this case.[2]

Under Federal Rule of Civil Procedure 71.1(i)(2), the Court may at any time dismiss an unnecessarily or improperly joined defendant, or any Defendant that has no interest in the property to be condemned.[3] The Court reviewed the disclaimer and finds it to be duly executed. The Court finds good cause for dismissing the disclaimed Defendant from this case. Accordingly, the Court **DISMISSES** Hidalgo County, Pablo (Paul) Villarreal Jr. Tax Assessor-

---

[1] Dkt. No. 20.
[2] Dkt. No. 20-1.
[3] FED. R. CIV. P. 71.1(i)(2) advisory committee's note to 1951 amendment ("[T]he court may at any time drop a defendant who has been unnecessarily or improperly joined as where it develops that he has no interest.").

Collector from this action and instructs the Clerk of the Court to terminate the same as a Defendant in this case.[4]

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 29th day of June 2020.

                                        Micaela Alvarez
                                    United States District Judge

---

[4] *See* FED. R. CIV. P. 71.1(i)(3) ("A dismissal is without prejudice unless otherwise stated in the notice, stipulation, or court order.").