UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

UNITED STATES OF AMERICA

                     Plaintiff(s)        DIVISION    MCALLEN

V.                                                       CIVIL ACTION NO. 7:20-CV-00066

JOHNNY R. HART AND JENNIFER L. HART, ET AL
                     Defendant(s)

ADR METHOD:    Mediation     X     Arbitration     _____
                            Mini-trial    _____   Summary Jury Trial   _____

TYPE OF CASE:    Condemnation

1. Please check one of the following:
   The case referred to ADR settled ___ did not settle ✓

2. My total fee and expenses were: $1,200.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

   _____
   _____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   United States of America, Plaintiff
   Mr. Alexander DerGarabedian, Attorney
   ASSISTANT UNITED STATES ATTORNEY
   1701 West Business Highway 83, Ste. 600
   McAllen, Texas 78501
   (956) 992-9351 – telephone
   alexander.dergarabedian.@usdoj.gov - email

   Johnny R. Hart and Jennifer L. Hart, et al, Defendant
   Mr. Lance A. Kirby, Attorney
   JONES, GALLIGAN, KEY & LOZANO, L.L.P.
   2300 West Pike Blvd., Ste. 300
   Weslaco, Texas 78596
   (956) 968-5402 – telephone
   lakirby@jgkl.com - email

                                                       ADR PROVIDER

Date: 07/20/21                                 Name:       Alfred T. Denham
SDTX-ADR-5/(Rev. 6-15-93)

                                                       Signature:

LAW OFFICE OF
ALFRED T. DENHAM
3700 N. Tenth St., Ste. 100
McAllen, Texas 78501

MCALLEN TX 785
23 JUL 2021 PM 1 T

CLERK U.S. DISTRICT COURT
JUL 26 2021
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

FOREVER

US District Court
1701 W. Bus. Hwy
McAllen, TX 78501

7850185194